## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF        *
                                   *                       **CASE 11-7996(EAG)**

**CARTONERA QUEBRADILLANA** *             **CHAPTER 11**
                                   *
                                   *
***************************************

## MOTION TO INFORM THAT NO OBJECTION TO DEBTOR'S NOTICE OF SALE OF EQUIPMENT FREE AND CLEAR HAS BEEN FILED AND REQUEST FOR ORDER

**TO THE HONORABLE COURT:**

    **COMES NOW,**   GARCIA - ARREGUI & FULLANA PSC, counsel for Debtor in Possession, and very respectfully states and prays:

    1.  That on May 8, 2013   (Docket 139) the undersigned filed  a notice for sale of equipment free and clear of liens to Papelera Puertoriqueña de Utuado for the agreed price of $150,000.00.

    2. The term of twenty one (21) days to object to the application for compensation filed elapsed on May 29, 2013 and no **creditor or party in interest has filed any objection to the entry of an order granting Debtor authority to sell as requested (emphasis added)**

    3. Movant very respectfully prays that an order allowing debtor to sell the equipment free and clear of liens to Papelera Puertoriqueña de Utuado be entered.

    **WHEREFORE**; Movant very respectfully prays that the present motion be entertained and that an order be entered authorizing the Debtor to sell free and clear to Papelera Puertoriqueña de Utuado and for any other and further relief as it may seem just and proper.

    **RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 30TH day of May 2013.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Bankruptcy Court using CM/ECF system which will send notification, and US trustee's office and any other party in interest that has requested notice .

> S/ Isabel M. Fullana
> USDC #126802
> Garcia- Arregui & Fullana
> 252 Ponce de León Ave.
> Citibank Towers
> Suite 1101
> Hato Rey, PR 00918
> Tel 787-766-2530
> Fax 787-756-7800
> E-mail isabelfullana@gmail.com